UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
JOSEPH GUGLIELMO, *on behalf of himself and all others similarly situated*,

                               Plaintiff,

       -against-

N. PEAL ENTERPRISES LIMITED,

                             Defendants.
------------------------------------- x



ORDER

20 Civ. 5377 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within sixty (60) days of this Order.

The December 2, 2020 conference is canceled.

Dated: New York, New York
       December 1, 2020

                                                           SO ORDERED.

                                                           GEORGE B. DANIELS
                                                           United States District Judge